

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00399-CV

**CIRRUS DESIGN CORPORATION**,
Appellant

v.

Sydney **BERRA**, Individually and as Personal Representative of the Estate of Lee Berra, and on behalf of his surviving parents, Philip Berra and Ellen Berra,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI01530
Honorable Monique Diaz, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order denying Appellant Cirrus Design Corporation's special appearance is AFFIRMED.

It is ORDERED that Appellee Sydney Berra, Individually and as Personal Representative of the Estate of Lee Berra, and on behalf of his surviving parents, Philip Berra and Ellen Berra, recover her costs on appeal from Appellant Cirrus Design Corporation.

SIGNED August 25, 2021.

_____
Irene Rios, Justice